**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 96-6428**

-----

KEVIN RAY SCHRUBB, SR.,

Plaintiff - Appellant,

versus

RICHARD A. YOUNG; GEORGE E. DEEDS; MAGGIE
WATKINS; SUSIE COX,

Defendants - Appellees.

-----

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-95-495-R)

-----

Submitted:  June 20, 1996            Decided:  July 9, 1996

-----

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

-----

Dismissed by unpublished per curiam opinion.

-----

Kevin Ray Schrubb, Sr., Appellant Pro Se. Susan Campbell Alexander,
Assistant Attorney General, Richmond, Virginia, for Appellees.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting in part and denying in part Appellees' summary judgment motion. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED